**DISMISS; and Opinion Filed April 23, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01384-CR**
**No. 05-18-01413-CR**

**ANTHONY OMAR BELLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-80146-2017 & 366-80147-2017**

# MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is appellant's April 16, 2019 motion to dismiss these appeals. The motion

is signed by appellant and his appellate counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion.

We dismiss these appeals.


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

181384F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY OMAR BELLE, Appellant

No. 05-18-01384-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas

Trial Court Cause No. 366-80146-2017.

Opinion delivered by Justice Pedersen, III, Justices Whitehill and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 23rd day of April, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ANTHONY OMAR BELLE, Appellant

No. 05-18-01413-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-80147-2017.
Opinion delivered by Justice Pedersen, III, Justices Whitehill and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 23rd day of April, 2019.